**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10720

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JUAN PABLO MALAGON-ALVAREZ,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:18-cr-00002-RBD-PRL-1

_____

Before NEWSOM, BRANCH, and BRASHER, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Juan Pablo Malagon-Alvarez in this appeal of the denial of his *pro se* motion for a sentence reduction under 18 U.S.C. § 3582(c)(2), has moved to

2                        Opinion of the Court                        25-10720

withdraw from further representation of Malagon-Alvarez and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because an independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order is **AFFIRMED**.